IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD R. MAYES, JR., | No. 4:20-CV-00499 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GABRIEL CAMPANA, DAMON HAGAN, WILLIAM E. NICHOLS, JR., and THE CITY OF WILLIAMSPORT, | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, Doc. 6, is **GRANTED**.

2. Plaintiff may file an amended complaint by October 15, 2020. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge