IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MAYES, | No. 4:20-CV-00499 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GABRIEL CAMPANA, DAMON HAGAN, and WILLIAM E. NICHOLS, JR., | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 16) is **GRANTED**.

2. Leave to amend is **DENIED**.

3. The case is **DISMISSED** and the Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge